■ In the Matter of ISRAEL GROSSMAN (Admitted as ISRAEL GEDALIAH GROSSMAN), a Disbarred Attorney. [624 NYS2d 820] —Application for reinstatement granted only insofar as to refer this matter to the Departmental Disciplinary Committee for a hearing as indicated, and the application fee for reinstatement is waived. Concur—Ellerin, J. P., Wallach, Rubin, Kupferman and Ross, JJ.